# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

690

**CA 10-00435**

PRESENT: SCUDDER, P.J., CENTRA, PERADOTTO, GORSKI, AND MARTOCHE, JJ.

---

WALDEMAR H. JURKOWSKI, BY EDWARD C. COSGROVE,
GUARDIAN OF HIS PERSON AND PROPERTY,
PLAINTIFF-APPELLANT,

V                                            MEMORANDUM AND ORDER

SHEEHAN MEMORIAL HOSPITAL, ET AL., DEFENDANTS,
AND MADAN G. CHUGH, M.D., DEFENDANT-RESPONDENT.
(APPEAL NO. 2.)

---

EDWARD C. COSGROVE, BUFFALO (PHILIP H. MAGNER, JR., OF THE FLORIDA
BAR, ADMITTED PRO HAC VICE, OF COUNSEL), FOR PLAINTIFF-APPELLANT.

BROWN & TARANTINO, LLC, BUFFALO (JEFFREY A. WIECZKOWSKI OF COUNSEL),
FOR DEFENDANT-RESPONDENT.

------------------------------------------------------------------------------------------

Appeal from a judgment of the Supreme Court, Erie County (Joseph D. Mintz, J.), entered January 11, 2010 in a medical malpractice action. The judgment, inter alia, dismissed the second amended complaint against defendant Madan G. Chugh, M.D.

It is hereby ORDERED that the judgment so appealed from is unanimously affirmed without costs.

Same Memorandum as in *Jurkowski v Sheehan Mem. Hosp.* ([appeal No. 1] ___ AD3d ___ [June 17, 2011]).

Entered:  June 17, 2011                        Patricia L. Morgan
                                               Clerk of the Court